

**SAM P. ISRAEL P.C.**
ATTORNEYS AT LAW
180 MAIDEN LANE, 6th FLOOR, NEW YORK, NY 10038
info@spi-pc.com | T: (646) 787-9880 | F: (646) 787-9886

SAM P. ISRAEL
FOUNDER & MANAGING PARTNER

Eleonora Zlotnikova
Timothy Foster
Timothy Savitsky
Hyun-Jeong (Becky) Back
*Associates*

April 12, 2016

**VIA ECF AND ELECTRONIC MAIL**

The Hon. Robin L. Rosenberg
United States District Court Judge, Southern District of Florida
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street, Courtroom 2
West Palm Beach, FL 33401
Rosenberg@flsd.uscourts.gov

Re: *Sorias v. EnergyBionics, LLC, et al.*, Case No. 9:15-cv-81004 RLR

Dear Judge Rosenberg:

    This firm represents the plaintiffs, Yeoshua Sorias and Juice Watch, Inc. (together, the "Plaintiffs") in the above-referenced action against Sean Ebersold and EnergyBionics, LLC (collectively, the "Defendants"; and together with the Plaintiffs, the "Parties"). We write in order to respectfully request a brief extension of the April 15, 2016 end date for discovery set forth in Your Honor's September 16, 2015 Scheduling Order (the "Order") to May 23, 2016.

    Due to travel, our firm's relocation to another office and the congested trial calendars of both sides, the Parties have been unable to conduct necessary depositions to date; nevertheless, we have identified the second to third week of May as a period when availabilities converge. Accordingly, the Plaintiffs respectfully seek Your Honor's amendment of the Order to allow for the conduct of depositions through May 23, 2016.

    We recognize that the date for submitting pretrial motions-- May 16, 2016, will likely need adjustment as well (to allow for the potential use of the adduced testimony) and that the Court may prefer to adjourn the Status Conference currently scheduled for April 20 should the foregoing request be granted.

Hon. Robin L. Rosenberg
U.S. District Court Judge          *Sorias v. EnergyBionics*          12- Apr-16

We thank Your Honor for your attention to this matter.

Respectfully submitted,

SAM P. ISRAEL, P.C.

_____
Sam P. Israel, Esq. (*pro hac vice*)
*Attorney for Plaintiffs*

CC     (*via* ECF):
Dave Lee Brannon, United States Magistrate Judge

(*via* ECF and E-Mail)
Eric G. Maurer, Esq.
Robert D. Gravois, Esq.
Amanda K. Anderson, Esq.
Timothy L. Foster, Esq.
John Charles Coleman, Esq.