| | |
|---|---|
| **From:** | Gravois, Robert |
| **To:** | Timothy Foster; Maurer, Eric G. |
| **Cc:** | Jivani, Sanaa |
| **Subject:** | RE: Sorias v. EnergyBionics, LLC--Settlement Conference Scheduling |
| **Date:** | Friday, April 08, 2016 6:06:57 PM |
| **Attachments:** | image003.png |

Tim:

We have again been tied up with depositions and a site inspection all of this week, but we have checked back with Mr. Ebersold on your latest proposal for moving the scheduling conference. He can still be available for the settlement conference as set by the Court on Friday, April 22, or he can also be available on Friday, June 3, if April 22 does not work for Mr. Sorias and if the Court approves the resetting of the conference. As we discussed on our last call, we think it may be prudent for the parties to confer on the issue of resolving this case before we all travel to South Florida for a conference with the Court, particularly if Mr. Sorias is going to have to leave the conference by mid-afternoon.

With respect to Mr. Sorias' deposition, we must proceed on Wednesday, April 13 (as noticed on March 11), if the Court does not otherwise authorize the taking of depositions beyond Judge Rosenberg's established date for the close of discovery. If the Court does authorize the taking of depositions out-of-time, Mr. Ebersold can be available for deposition on May 12, on the condition that Mr. Sorias is available for deposition on May 11, since his deposition was first noticed.

Regards,

Robert Gravois
Associate

**Thomas | Horstemeyer**
INTELLECTUAL PROPERTY ATTORNEYS
400 Interstate North Parkway SE
Suite 1500
Atlanta, Georgia 30339-5029
Phone: (770) 933-9500
Fax: (770) 951-0933
thomashorstemeyer.com

**From:** Timothy Foster [mailto:timfoster@spi-pc.com]
**Sent:** Thursday, April 07, 2016 7:50 PM
**To:** Maurer, Eric G. <Eric.Maurer@thomashorstemeyer.com>
**Cc:** Jivani, Sanaa <Sanaa.Jivani@thomashorstemeyer.com>; Gravois, Robert <Robert.Gravois@thomashorstemeyer.com>
**Subject:** RE: Sorias v. EnergyBionics, LLC--Settlement Conference Scheduling

Counsel:

I write once again to follow up on scheduling. Please confirm the proposed dates of May 11 for the deposition of Sean Ebersold, May 12 for the deposition of Joshua Sorias, and June 3 for the

EXHIBIT D

Settlement Conference.

Regards,

Tim Foster

---

**PLEASE NOTE OUR NEW ADDRESS**

**SAM P. ISRAEL, P.C.**
ATTORNEYS AT LAW

**TIMOTHY L. FOSTER**
ATTORNEY | timfoster@spi-pc.com
180 MAIDEN LANE, 6TH FLOOR, NEW YORK, NY 10038
T: (646) 787-9880 | D: (646) 787-9884 | F: (646) 787-9886

---

**NOTICE**: The information contained in this transmission is intended for the use of the addressee. It is confidential and likely contains privileged attorney client communications or attorney work product. If you receive this communication and you are not the intended recipient, be advised that the copying or distribution of this communication is prohibited; please notify us immediately by telephone and return the original message to us at the above address.