| | |
|---|---|
| From: | Timothy Foster |
| To: | "Gravois, Robert"; Maurer, Eric G. |
| Cc: | Jivani, Sanaa; Sam Israel |
| Subject: | RE: Sorias v. EnergyBionics, LLC--Settlement Conference Scheduling |
| Date: | Monday, April 11, 2016 6:41:00 PM |
| Attachments: | image001.png |

Robert,

Thank you for getting back to me. I intend to draft materials to submit to the Court regarding rescheduling, but will likely not be able to get these out until tomorrow.

On that point, you may rest assured, despite your insistence to the contrary, that Mr. Sorias will <u>not</u> be appearing for a deposition on Wednesday, under any circumstances. The noticed date was never confirmed and, as a practical matter, it is far too late to make travel and other logistical arrangements for an appearance in Florida in two days (and also noting that we now have a court appearance here in New York on another matter on Wednesday afternoon).

Moreover, the Plaintiffs were initially prepared to proceed with the parties' depositions as noticed (with Mr. Ebersold's deposition taking place on April 12 and Mr. Sorias' deposition occurring on April 13), but it was <u>the Defendants'</u> refusal or inability to produce Mr. Ebersold on the noticed date that prompted the ensuing negotiations for rescheduling (which, due in part to lengthy delays in responses on your end, have now been going on for weeks) and now necessitates our petitioning the Court for authorization to take testimony after the originally scheduled discovery cutoff. At no point prior to your email on Friday night had you indicated that you intended to go forward with Mr. Sorias' deposition on Wednesday. We will not allow our client to be unduly prejudiced by producing Mr. Sorias to give testimony without a confirmed (and authorized) date for deposing Mr. Ebersold. Assuming that the Court allows deposition testimony to be taken after April 15, we will proceed with Mr. Sorias' deposition on May 11 and Mr. Ebersold's deposition on May 12. Regardless of the Court's decision on this issue, Mr. Sorias will not be deposed this week.

Regards,

Tim



PLEASE NOTE OUR NEW ADDRESS

SAM P. ISRAEL, P.C.
ATTORNEYS AT LAW

TIMOTHY L. FOSTER

ATTORNEY | timfoster@spi-pc.com
180 MAIDEN LANE, 6TH FLOOR, NEW YORK, NY 10038
T: (646) 787-9880 | D: (646) 787-9884 | F: (646) 787-9886

**NOTICE:** The information contained in this transmission is intended for the use of the addressee. It is confidential and likely contains privileged attorney client communications or attorney work product. If you receive this communication and you are not the intended recipient, be advised that the copying or distribution of this communication is prohibit notify us immediately by telephone and return the original message to us at the above address.

EXHIBIT E