UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------X

YEOSHUA SORIAS and
JUICE WATCH, INC.                                          :
                                                          :
                                                          :     Case No. 9:15-cv-81004-RLR
                    Plaintiffs,                            :
                                                          :
                                                          :
              -against-                                   :
                                                          :
                                                          :
ENERGYBIONICS, LLC and                                    :
SEAN EBERSOLD,                                            :
                                                          :
                                                          :
                    Defendants.                           :

-----------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

        IT IS HEREBY STIPULATED AND AGREED by and between (i) the Plaintiffs
Yeoshua Sorias and Juice Watch, Inc. and (ii) Defendants EnergyBionics, LLC and Sean
Ebersold that the above-captioned action, including all claims and counterclaims of any
party, is hereby voluntarily dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii)
of the Federal Rules of Civil Procedure, with each party bearing its own fees and costs.


Dated: May 13, 2016


By:  */s/ Sam P. Israel*_____
        Sam P. Israel, Esq.
Sam P. Israel, P.C.
180 Maiden Lane, 6th Floor
New York, NY 10038
(646) 787-9880
samisrael@spi-pc.com

*Attorneys for Plaintiffs*

By:  */s/ Eric G. Maurer*_____
        Eric G. Maurer, Esq.
Thomas | Horstemeyer
400 Interstate North Pkwy SE, Ste 1500
Atlanta, GA 30339
(770) 933-9500
eric.maurer@thomashorstemeyer.com

*Attorneys for Defendants*